IC

1:25-cv-01081
Judge Elaine E. Bucklo
Magistrate Judge Daniel P. McLaughlin
Random/ Cat. 1

United States District Court
Northern District of Illinois

|  |  |
|---|---|
| Dexter Saffold <br> Plaintiff <br><br> v. <br><br> Defendant <br> Mike Anderson of Chevrolet | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Judge

# FILED
JAN 31 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT 

**COMPLAINT**

This complaint is an ADA complaint America's with disability act.

1.    Now comes the complaint america's with disability act The afternoon of January 8, 2025 I was told by Scott credit union that I had $43,000 in my bank account. They said it was a wire transfer someone put it into my account I tried to speak to them Scott credit union . I finally got through Scott credit union got through to Scott credit union over the phone. They said the money was mine and I can use it $43,000 so I said OK. Then I went to Scott credit union in Evergreen Park Illinois.

2.    I went inside the bank and I asked the lady at the bank how much money can I take out and it is in my money can I use it? They say yes you can. I said well I'm going to buy me a car. I need a $24,000 cashiers check payable to

3.    Mike Anderson Chevrolet. The other two cashiers checks I got was the pay my rent and another bill I had for $107 and one for $425 and I took out $5,000in cash. They said I can get that daily after I got the money I went over to Mike Anderson Chevrolet at 5333 W. Irving Park. in Chicago Illinois I looked at a truck and I gave them a cashiers check for $24,000 I next gave them in cash $3,850 in please see the receipt I made that as exhibit one cash. I got the vehicle I wanted and I drove it home.

4.    The next day next argument, on January 9, 2025 , I looked at my account the next day my account payment says reversed the $24,000 cashiers check was reversed for $425 was reverse the cashiers check for $107 was reversed $5,000cash I got was reversed
so I called the dealership told them what happened I have I need to bring the truck back then I went out to Evergreen Park Illinois to talk to the bank Scott credit union and I'll talk to the manager there and he told me that those payments was reversed. They put the wire in account. I didn't say how come you did not call me and tell me that these payments was reverse. I could've run the money back before I gave it to the dealers see hip He said he made a mistake at the end of closing when they told him that they said around 4/4:45 PM. PM that's when he got the call. I didn't tell the manager at the bank I would've came back to the bank and if you would've been closed, I would've dropped everything off in the nightly deposit box . The background of the case I went back over to Mike Anderson Chevrolet



Mike Andersen Chevrolet in Chicago I gave the keys to the sales person JOSE A and also talk to the Mocraalex manager called back ask him about my money that I put up in cash. They refuse to give me my money back the cash 3,850
they got the truck back in good condition.

4. There's no need for them to hold my money every time I call them they refuse to talk to me. They tell me the guy who sign the checks is not in. I bring this case to you because it's covered under United States America's with disability act. They said who's gonna give you $43,000 you look like you don't even have $43,000. You're on a walker you got a handicap plate who gonna give you that kind of money look like you don't even have $43,000 you would've called me back or call me they never call me back attached them to my complaint the next morning

5. Scott credit Union told me that they had canceled those payments once I found out I went over to Evergreen Park Illinois to talk to the bank manager. He told me what happened. He said they wired the money to the wrong account. That's what he told me they wired the money to the wrong account. I asked him how come you have not called me to tell me these things and I would have never went to the dealership the next day on 9

6. January 2025 I took the truck back. Mike Anderson Chevrolet refuses to give me my money back. They told me where as a person like you on a walker.

7. Look how you look who's gonna give you $43,000 he looked at my phone looked through my phone without my permission took advantage of me because he seen me using a walker and I could barely walk. It was cold outside. My legs is messed up from a fire so I use a walker from time to time. I try not to take no pain pills because it causes me too be drowsy.

8. They told me the gentleman who signed the check wasn't in. I tried calling no answer. tried talking to him. I got switched around to different people. This violates America's with disability act because they treated me like I was nothing and they discriminated against me look at how you look who's gonna give you $43,000 who's gonna give a person on a walk or anything? I told him you don't know me you don't know nothing about me to say that to me as of today they still not have not returned my calls or gave me my money back. I now bring this case to the United States District Court, where they have jurisdiction over the matter 42 USC Americas were disability act.

○ 9. next argument this is what the US District Court has jurisdiction over "America's were disability act. He's on the race that they violated, but keeping my money and making fun of me because I'm a senior citizen and I have a disability when I walk in right as I shake a lot when I write I was approved for a loan.

10. next argument, I can't show proof of my disability.

11.     I now asked the US District Court to enter a judgment for the most favorable one $753, 850 plus my cost of $405.

Dexter Saffold

1507 N. Clyborne Ave., Apt. 205

Chicago Illinois 60610

*[signature]*



4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☒ No   If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:

   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☒ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____
   _____

7. *Debts and financial obligations*: List any amounts you owe to others: None
   _____
   _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:
   I am on Social Security, with limited funds.
   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _____

_[signature]_
Applicant's signature

Dexter Saffold
Printed name

## Notice of Cost-of-Living Adjustment (COLA)

Hello DEXTER SAFFOLD

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| | Monthly Amount |
|---|---|
| **How Much You Will Get In 2025 (Before Deductions)** | |
| Your monthly benefit in 2025 <u>before</u> deductions | $1,615.00 |// 
| | **Monthly Amount** |
| **2025 Common Deductions** | |
| Medicare Medical Insurance (Part B and Part C) <br> If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$0.00 |
| Medicare Prescription Drug Plan (Part D) <br> We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding <br> If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$0.00 |
| | **Monthly Amount** |
| **How Much You Will Get In 2025 (After Deductions)** | |
| Your monthly benefit in 2025 <u>after</u> deductions <br> This monthly amount may include deductions not listed above. | $1,615.00 |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code.

If you would like a paper copy of any of this information, please contact us.





5333 W. Irving Park Rd. • Chicago, IL 60641
Telephone: (773) 465-2000
www.mikeandersonchevy.com

| Amount Received | Accounting Date | Receipt Number |
|---|---|---|
| 27850.00 | 01/08/2025 | 385254 |

*** Twenty-seven thousand eight hundred fifty and 00/100 dollars

Exchange Rate:

Signature _____

Received from: Account No 494817
DEXTER SAFFOLD
1507 N CLYBOURN AVE # 205
CHICAGO, IL 60610

Main: (312) 515-1440    Alt: (312) 515-1440

Note
DEPOSIT ON VEHICLE

Funds Collected   Cash    $3,850.00
                  Check   $24,000.00   Check No.: 4542

Additional Information
Received for Vehicle: Stock Number: 00C2071A 3GNAXKEV4NL132096 2022 CHEVROLET EQUINOX 4DR SUV
Received by: MORAALEX on  01/08/25 19:28:50 at station Y88         Your Salesperson 627 ACEVEDO, JOSE A

Amount received is regarding:

| Invoice or Memo | Itemized Amount | Internal Control Data | | | Invoice or Memo | Itemized Amount | Internal Control Data | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Control | G/L | Description | | | Control | G/L | Description |
| | 27,850.00 | 494817 | 220A | VEHICLE RECEI' | | | | | |

# CASH RECEIPT

UCS©2004    Customer Copy    @F0000IS 39.003



To the United States court, I am Dexter Saffold. I am asking. Can please point an attorney for me. I have tried to find an attorney on my own and they said they do not take these type of cases thank you very much. *[signature: Dexter Saffold]*

## Office 3623

| | |
|---|---|
| **From:** | biggbaddog85@icloud.com |
| **Sent:** | Saturday, January 25, 2025 1:15 PM |
| **To:** | Office 3623 |
| **Subject:** | [EXTERNAL] United States, District Court of Illinois |

**Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.**

- United States, District Court of Illinois

Dexter Saffold. ). Judge.
Plaintiff

Mike Aniston Chevrolet
Defend
1.I am Dexter Saffold. My medical condition is I have glaucoma. , diabetes and have trouble with my legs, and I have a heart condition I live in Chicago all my life.

$3,850 came from my Social Security that I have been saving.

2.My next argument the dealership cannot keep your money. They have to refund it back to you. They refuse time and time again to refund this is why we ask for a high judgment.

- 

Sent from my iPhone

1



5333 W. Irving Park Rd. • Chicago, IL 60641
Telephone: (773) 465-2000
www.mikeandersonchevy.com

| Amount Received | Accounting Date | Receipt Number |
|---|---|---|
| 27850.00 | 01/08/2025 | 385254 |

*** Twenty-seven thousand eight hundred fifty and 00/100 dollars

Exchange Rate:

Signature _____

Received from: Account No 494817
DEXTER SAFFOLD
1507 N CLYBOURN AVE # 205
CHICAGO, IL 60610

Main: (312) 515-1440    Alt: (312) 515-1440

Note
DEPOSIT ON VEHICLE

Funds Collected   Cash    $3,850.00
                  Check   $24,000.00   Check No.: 4542

**Additional Information**
Received for Vehicle: Stock Number: 00C2071A 3GNAXKEV4NL132096 2022 CHEVROLET EQUINOX 4DR SUV
Received by: MORAALEX on 01/08/25 19:28:50 at station Y88              Your Salesperson 627 ACEVEDO, JOSE A

Amount received is regarding:

| Invoice or Memo | Itemized Amount | Control | G/L | Description | Invoice or Memo | Itemized Amount | Control | G/L | Description |
|---|---|---|---|---|---|---|---|---|---|
| | 27,850.00 | 494817 | 220A | VEHICLE RECEI' | | | | | |



CASH RECEIPT

UCS©2004                    Customer Copy                    @F000IS 39.003

## Notice of Cost-of-Living Adjustment (COLA)

Hello DEXTER SAFFOLD

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| | Monthly Amount |
|---|---|
| **How Much You Will Get In 2025 (Before Deductions)** | |
| Your monthly benefit in 2025 <u>before</u> deductions | $1,615.00 |
| | **Monthly Amount** |
| **2025 Common Deductions** | |
| Medicare Medical Insurance (Part B and Part C) If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$0.00 |
| Medicare Prescription Drug Plan (Part D) We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$0.00 |
| | **Monthly Amount** |
| **How Much You Will Get In 2025 (After Deductions)** | |
| Your monthly benefit in 2025 <u>after</u> deductions This monthly amount may include deductions not listed above. | $1,615.00 |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code.

If you would like a paper copy of any of this information, please contact us.

